# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:13-CR-272-SDJ |
| | § | |
| EARNEST NAPOLEON EDWARDS (1) | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the Court is the request for revocation of Defendant Earnest Napoleon Edwards's ("Defendant") supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on March 8, 2021, to determine whether Defendant violated his supervised release. Defendant was represented by Brian O'Shea of the Federal Public Defender's Office. The Government was represented by Eric Erlandson.

Defendant was sentenced on September 4, 2014, before The Honorable Marcia A. Crone of the Eastern District of Texas after pleading guilty to the offense of Felon in Possession of a Firearm, a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range, based on a total offense level of 17 and a criminal history category of V, was 46 to 57 months. Defendant was subsequently sentenced to 52 months imprisonment followed by 3 years supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure and a $100 special assessment. On June 13, 2018, Defendant completed his period of imprisonment and began service of the supervision term. On March 16, 2020, this case was reassigned to The Honorable Sean D. Jordan, U.S. District Judge for the Eastern District of Texas.

On March 17, 2020, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision [Dkt. 39, Sealed]. The Petition asserted that Defendant violated five (5) conditions of supervision, as follows: (1) the defendant shall not commit another federal, state or local crime; (2) the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; (3) the defendant shall not unlawfully possess a controlled substance; (4) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; and (5) the defendant shall report to probation officer and shall submit a truthful and complete written report within the first five days of each month [Dkt. 39 at 1-2, Sealed].

The Petition alleges that Defendant committed the following acts: (1), (2) On January 6, 2019, Defendant was arrested by Paris Police Department for Tamper/Fabricate Physical Evidence w/ Intent to Impair, a third-degree felony; Resist Arrest Search or Transport, a class A misdemeanor; and Possession of Marijuana <= 2oz, a class B misdemeanor. These charges were dismissed in Lamar County Court on August 19, 2019, after Defendant was indicted for new federal charges listed below; (3), (4) On March 27, 2019, Defendant was arrested by Paris Police Department for Unlawful Possession of a Firearm by a Felon and Possession of Marijuana <= 2 oz. A search warrant was conducted at his residence, and Paris Police discovered a 9mm semi-automatic handgun and multiple boxes of ammunition. Defendant was also found to be in possession of digital scales, numerous Ziploc baggies, and a large amount of currency. On July 9, 2019, Defendant was indicted in the Eastern District of Texas for Possession with Intent to Distribute or Dispense Methamphetamine; Possession of a Firearm by a Prohibited Person; and Possession of Ammunition by a Prohibited Person. On October 28, 2019, Defendant pled guilty

in the Eastern District of Texas to Possession with Intent to Distribute Methamphetamine, and Possession of a Firearm by a Prohibited Person. He is currently awaiting sentencing; and (5) Defendant failed to submit a monthly supervision report as directed for the months of January and February 2019 [Dkt. 39 at 1-2, Sealed].

Prior to the Government putting on its case, Defendant entered a plea of true to allegations 2, 3, 4 and 5 of the Petition. The Government dismissed allegation 1. Having considered the Petition and the plea of true to allegations 2, 3, 4 and 5, the Court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this Court.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-two (22) months, such term of imprisonment to run consecutive to any term of imprisonment imposed in Cause No. 4:19-CR-156, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in the Bureau of Prisons facility in Texarkana, Texas, if appropriate.

**SIGNED this 5th day of April, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE